AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| The Wizard Trades, LLC, a Utah Limited Liability Company and Michael Hubbs, an individual<br><br>*Plaintiff(s)*<br>v.<br>Charlton Lachase, an individual, Andra Rush, an individual, Steven Duhon, an individual, and Brian Hertneky, an individual<br><br>*Defendant(s)* | Server Joshua Pitts<br>Date 4-11-23  Time 7:37p<br>P/S Susan Hertneky, mother.<br>ANDERSON INVESTIGATIONS, INC  #P101391<br>P.O. BOX 535, SLC, UT 84110   877-619-1110<br><br>Civil Action No. 2:23-cv-00207-DAO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brian Hertneky
108 Chelmsford Dr.
Aurora, OH 44202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Randall B. Bateman
BATEMAN IP
299 South Main Street, Suite 1300
Salt Lake City, UT 84110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
*CLERK OF COURT*

Date: 04/05/2023

*Signature of Clerk or Deputy Clerk*

## **RETURN OF SERVICE**
## UNITED STATES DISTRICT COURT
### District of Utah

Case Number: 2:23-CV-00207-DAO

Plaintiff: **The Wizard Trades, LLC, a Utah Limited Liability Company and Michael Hubbs, an individual**

vs.

Defendant: **Charlton Lachase, an individual, Andra Rush, an individual, Steven Duhon, an individual, and Brian Hertneky, an individual**

For: Randall B. Bateman
     BATEMAN IP

Received by ANDERSON INVESTIGATIONS, INC. on the 5th day of April, 2023 at 4:03 pm to be served on **BRIAN HERTNEKY, 108 Chelmsford Dr, Aurora, OH 44202**. I, __**JOSHUA PITTS**__, do hereby affirm that on the __11__ day of __APRIL__, 2023 at __7__ : __37 P__.m., executed service by delivering a true copy of the **SUMMONS & COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET**; in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving **SUSAN HERTNEKY** as **MOTHER FOR BRIAN HERTNEKY**

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) POSTED SERVICE: To a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

The individual being served ( )is (X)is not in the MILITARY service of the United States.

The individual being served ( )is ( )is not Married.
**UNKOWN**

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78-B-5-705, I declare under criminal penalty that the foregoing is true and correct.

**JOSHUA PITTS**
PROCESS SERVER # __N/A (OHIO)__
Appointed in accordance with State Statutes

**ANDERSON INVESTIGATIONS, INC.**
P.O. BOX 535
Salt Lake City, UT 84110
(801) 619-1110

Our Job Serial Number: 2023001462
Ref: 8197LT