# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**TX 9-240-449**
**Effective Date of Registration:**
March 28, 2023
**Registration Decision Date:**
March 31, 2023

---

## Title

**Title of Work:** STOCK MARKET AND CRYPTOCURRENCY COURSE

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 20, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Hubbs
  **Author Created:** text, artwork
  **Citizen of:** United States
  **Year Born:** 1982

## Copyright Claimant

**Copyright Claimant:** Michael Hubbs
5904 Cami Dawn Court, Kearns, UT, 84118, United States

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), artwork
**New material included in claim:** text, artwork

## Rights and Permissions

**Organization Name:** Bateman IP
**Name:** Randall B. Bateman
**Email:** rbb@batemanip.com
**Telephone:** (801)533-0320
**Address:** P.O. Box 1319
Salt Lake City, UT 84110 United States

## Certification

**Name:** Randall B. Bateman
**Date:** March 28, 2023
**Applicant's Tracking Number:** 8196.MHUB.CR

**Correspondence:** Yes