FILED
2023 APR 25 PM 1:45
CLERK
U.S. DISTRICT COURT

_____
Name

_____
Address

_____
Telephone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| _____<br><br>Plaintiff,<br><br>vs.<br><br>_____<br><br>_____<br><br>Defendant(s). | MOTION to/for: _____<br><br>_____<br><br>Case No: <br><br>Judge: |

I, _____, representing myself without a

lawyer, move to/for _____

under the following statute(s)/rule(s) (if known) _____ for the

following reason(s): _____

_____

_____

_____

_____

_____

DATED: _____.

                                                        Steven Duhon
                                                          Signature

## CERTIFICATE OF SERVICE

I certify that on _____ a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to

at

                                                     (Opposing party or counsel)

(Address)

Dated: _____

                                                          Steven Duhon
                                                         Signature