FILED
2023 APR 25 PM 3:21
CLERK
U.S. DISTRICT COURT

Brian T Hertneky
_Name_

108 Chelmsford Dr.

Aurora, OH 44202
_Address_

412-259-0499
_Telephone_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| The Wizard Trades, and Michael Hubb | MOTION to/for: Dismiss |
| Plaintiff, | |
| vs. | Case No: 2:23-cv-00207-DAO |
| Brian T Hertneky | Judge: Daphne A. Oberg |
| Defendant(s). | |

I, Brian Hertneky, representing myself without a lawyer, move to/for Motion to Dismiss under the following statute(s)/rule(s) (if known) _____ for the following reason(s): I was trying to warning deaf commuinty to stop giving money to Micheal hubb. he been well known in deaf community for taking money from deaf community for many years from different way and different reasons. We see many stories shared in deaf commuinty explain their bad experience and lost money to Hubb. I share old video "Hubb is con artist" made by Justin Volluma from 2016, to reminders deaf community about hubb and use it to spread awnaress about Hubb and ask everyone to stop giving money to Hubb or they might never see their money back or get ghosted By Hubb. Charlton sent me video of what Hubb made, I use it as example why it not worth for deaf

Individual to sent money to Hubb and posted it on youtube, and show it few deaf indiuvuals.

Video was take down in 2 days by Youtube. I was found out that it was violate copy right, nofited by youtube. After i stop sharing about Hubb and talk about it.

DATED: 04/25/2023 .

*[signature]*

                Signature

## CERTIFICATE OF SERVICE

    I certify that on _____ a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to

at

                (Opposing party or counsel)

        (Address)

Dated: _____

                Signature