FILED
2023 APR 25
CLERK
U.S. DISTRICT COURT

_____

Name

_____

_____

Address

_____

Telephone

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| _____ | MOTION to/for: _____ |
| Plaintiff, | _____ |
| vs. | Case No: |
| _____ | Judge: |
| _____ | |
| Defendant(s). | |

I, _____, representing myself without a

lawyer, move to/for _____

under the following statute(s)/rule(s) (if known) _____for the

following reason(s): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATED: 4/25/2023 _____.

_____
Signature

## CERTIFICATE OF SERVICE

I certify that on 4/25/2023 _____ a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to

at

(Opposing party or counsel)

_____
(Address)

_____

_____

Dated: 4/25/2023 _____

_____
Signature