UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC; and MICHAEL HUBBS,<br><br>            Plaintiffs,<br><br>v.<br><br>CHARLTON LACHASE; ANDRA RUSH; STEVEN DUHON; and BRIAN HERTNEKY,<br><br>            Defendants. | **ORDER TO SUPPLEMENT MOTION TO APPOINT COUNSEL**<br><br><br>Case No. 2:23-cv-00207<br><br>Magistrate Judge Daphne A. Oberg |

Pro se defendant Charlton Lachase has filed a motion for appointment of counsel.[1] Under 28 U.S.C. § 1915, the court may permit a person to defend a lawsuit without prepayment of fees if the person demonstrates an inability to pay.[2] The same statute authorizes the court to "request an attorney to represent any person unable to afford counsel."[3] To allow the court to determine whether Mr. Lachase is unable to afford counsel, the clerk's office is instructed to email Mr. Lachase the "Motion to Proceed in Forma Pauperis" form (also available on the court's website at https://www.utd.uscourts.gov/usdc-forms). **Mr. Lachase is ordered to complete and return the form within fourteen days.**

DATED this 27th day of April, 2023.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 14.)

[2] 28 U.S.C. § 1915(a)(1).

[3] *Id.* § 1915(e)(1).