FILED
2023 MAY 10 PM 2:05
CLERK
U.S. DISTRICT COURT

NAME:

ADDRESS:

TELEPHONE:

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH - _____ DIVISION**

| | |
|---|---|
| Plaintiff,<br><br>v.<br><br>Defendants. | **MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**Civil No:** |

    The plaintiff in the above entitled matter hereby moves the court for an order appointing legal counsel to act on his/her behalf.

    The court has already approved the plaintiff's application to file the matter *in forma pauperis*.

    DATED this \_\_\_\_\_ day of _____, 20\_\_\_\_.

*[signature]*

(Print your name below your signature.)