Randall B. Bateman (USB 6482)
BATEMAN IP
299 South Main Street, Suite1300
Salt Lake City, UT 84111
Tel: (801) 533-0320
Email: rbb@batemanip.com; mail@batemanip.com

*Attorneys for Plaintiffs The Wizard Trades, LLC and Michael Hubbs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC, a Utah Limited Liability Company, and MICHAEL HUBBS, an individual,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>CHARLTON LACHASE, an individual, ANDRA RUSH, an individual, STEVEN DUHON, an individual, and BRIAN HERTNEKY, and individual,<br>.<br>　　　　　　Defendants. | **ORDER WITHDRAWING ORDER GRANTING IN FORMA PAUPERIS AS TO DEFENDANT CHARLTON LACHASE**<br><br>Case No. 2:23-cv-00207-DAO<br><br>Judge Daphne A. Oberg |

　　　The Court, having considered Plaintiffs' Motion for Reconsideration, and finding that Charlton Chase failed to disclose business income and assets in seeking In Forma Pauperis,

　　　It is hereby ordered that the Court's previous order granting Mr. Lacahse In Forma Pauperis is withdrawn and Mr. Lachase's motion is denied.

　　　Dated this _____ day of _____ 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Daphne A. Oberg
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge