UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC; and MICHAEL HUBBS,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLTON LACHASE; ANDRA RUSH; STEVEN DUHON; and BRIAN HERTNEKY,<br><br>Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER (DOC. NO. 30)**<br><br>Case No. 2:23-cv-00207<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Pro se defendant Andra Rush has filed a motion for "a 30 days time extension to obtain legal counsel,"[1] which the court construes as a motion for extension of time to answer or otherwise respond to the complaint.  Ms. Rush states her answer is due on May 25, 2023, and she seeks a thirty-day extension to give her time to obtain counsel.  For good cause, the motion is GRANTED and the court ORDERS that Ms. Rush's deadline to answer or otherwise respond to the complaint is extended to June 26, 2023.

DATED this 23rd day of May, 2023.

BY THE COURT:

_Daphne A. Oberg_

Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 30.)