UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

FILED
2023 MAY 23
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| PLAINTIFF, | **ASK TO REJECT THE PLAINTIFF'S MOTION FOR RECONSIDERATION ON CHARLTON LACHASE'S MOTION TO APPOINT COUNSEL** |
| THE WIZARD TRADES, LLC, a Utah Limited Liability Company, and MICHAEL HUBBS, an individual, | Case No. 2:23-cv-00207-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |
| vs. | |
| DEFENDANTS, CHARLTON LACHASE | |

I am Charlton. I received document number 33 about the plaintiff filing a motion to remove pro bono for me. I provide evidence that I don't have 40,000 cash in hand. I joked to the seller on facebook. I don't have $40,000 cash in hand, nothing. See bank balance. I don't have a thousand dollars in PNC Bank. I am still on SSA benefits. The judge did grant my motion about what I have ssa and food stamp and medicare. Also Michael Hubbs pressured me to make a vlog "earns $100 to $14,000 per day in the stock market", See document 33 number case. Micheal Hubbs pressured me to make a video on facebook to recruit Deaf people to join his course. They believed me but i dont have money. It was paper trading on stock.

Evidence picture my bank balance



I do not have a Japanese business license and any business license as a full time job. Micheal Hubbsand his attorney targeted my name and made up against me. They persuade judge decision to deny me that is violated the 8th amendments cruel and punishment under federal law, i can't

offered to pay federal lawyers and cannot understand how process and initial hearing. Charlton LaChase is low income with ssa and food stamp and medicare. Judge already granted forma pauperis. They made a second same **MOTION FOR RECONSIDERATION ON CHARLTON LACHASE'S MOTION TO APPOINT COUNSEL.** See document number is 25. Judge denied the PLAINTIFF'S MOTION FOR RECONSIDERATION ON CHARLTON LACHASE MOTION TO APPOINT COUNSEL.

I ask the court to deny Plaintiff's second motion, the same from document number 25. I already provided my social security income attachment under document 19-20 document case for forma pauperis. Court already processed pro bono for me.

Respectfully submitted,

CHARLTON LACHASE MAY 23 2023