Randall B. Bateman (USB 6482)
BATEMAN IP
299 South Main Street, Suite1300
Salt Lake City, UT 84111
Tel: (801) 533-0320
Email: rbb@batemanip.com; mail@batemanip.com

*Attorneys for Plaintiffs The Wizard Trades, LLC and Michael Hubbs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC, a Utah Limited Liability Company, and MICHAEL HUBBS, an individual,<br><br>    Plaintiff,<br>vs.<br><br>CHARLTON LACHASE, an individual, ANDRA RUSH, an individual, STEVEN DUHON, an individual, and BRIAN HERTNEKY, and individual,<br>.<br>    Defendants. | **REQUEST TO SUBMIT STEVEN DUHON'S MOTION TO DISMISS FOR DECISION**<br><br>Case No. 2:23-cv-00207-DAO<br><br>Judge David B. Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiffs, The Wizard Trades, LLC, and Michael Hubbs, hereby submit that Brian Hertneky's Motion to Dismiss is ripe for decision.

Mr. Hertneky's Motion to Dismiss was filed April 25, 2023 (Dkt. 9).

Plaintiff's Opposition was filed May 5, 2023 (Dkt. 16).

Pursuant to Local rule 7(a)(4)(A)(iv) a reply was due May 19, 2023.  No reply brief has been filed.

Plaintiff submits that Mr. Hertneky's Motion to Dismiss is ripe for decision.

Respectfully submitted this 2nd day of June 2023.

                BATEMAN IP

                /s/ Randall B. Bateman
                Randall B. Bateman

                *Attorneys for Plaintiffs The Wizard Trades, LLC and Michael Hubbs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **REQUEST TO SUBMIT STEVEN DUHON'S MOTION TO DISMISS FOR DECISION** was served on Defendants via CM/ECF or First Class mail on June 2, 2023 as follows:

| | |
|---|---|
| Steven Duhon<br>3801 W Spring Creek Pkwy, Apt 2122<br>Plano, TX 75023 | Via U.S. Mail |
| Brian Hertneky<br>108 Chelmsford Dr.<br>Aurora, OH 44202 | Via CM/ECF |
| Charlton Lachase<br>7006 Citrus Park Blvd<br>Fort Pierce, FL 34951 | Via CM/ECF |
| Andra Rush<br>34 Carlitos Way<br>St. Augustine, FL 32092 | Via CM/ECF |

/s/Randall B. Bateman