UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC; and MICHAEL HUBBS,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLTON LACHASE; ANDRA RUSH; STEVEN DUHON; and BRIAN HERTNEKY,<br><br>Defendants. | **ORDER GRANTING DEFENDANT BRIAN HERTNEKY'S MOTION TO PROCEED IN FORMA PAUPERIS (DOC. NO. 24)**<br><br>Case No. 2:23-cv-00207<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Defendant Brian Hertneky has filed a motion to proceed *in forma pauperis*.[1] Having considered the motion under 28 U.S.C. § 1915, the court GRANTS the motion.

DATED this 5th day of June, 2023.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 24.)