# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **The Wizard Trades, et al** | ) |
| vs. | ) Civil Action No.  2:23-cv-00207-DBB-DAO  |
| **Lachase, et al**,. | ) |
| _____ | ) |

### INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit #1 | *Mike Hubbs is a Con Artist*, Justin Dean Vollmar; Screenshot and original video description with transcription |
| Exhibit #2 | *Michael Hubbs Is Hypocrite*, Joshua "Joshie" Sullivan; Article |
| Exhibit #3 | *Deaf Speedskater, Michael Hubbs, Criticized For Not Trying Out for 2018 Olympics*, Daily Moth; Screenshot and original transcription |