# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

**The Wizard Trades, et al**                    )

vs.                    )    Civil Action No.  _2:23-cv-00207-DBB-DAO_

**Lachase, et al,**.                    )

_____                    )

# EXHIBIT #1

### *Mike Hubbs is a Con Artist*, Justin Dean Vollmar
### Screenshot and original video description with transcription



### Mike Hubbs is a Con Artist
https://www.facebook.com/JustinDVollmar/videos/10153664821683691

An expose vlog on Mike Hubbs' speed skating fraud. Unfortunately, he has been conning the Deaf community of money. It is a money-making scheme for him. He really has NO chance to make it into the Olympics.

Please SHARE! I don't want anyone to become his victim. Mike has been a con artist for many years. My apology for a long vlog, but an explanation is necessary and it may save you money in the long run.

This video is signed in American Sign Language and subtitled in English.

, , , , , ,

Image description: Justin with gray hair and gray beard in black long sleeve shirt. The light green background.

Transcript:

Title page: "Mike Hubbs is a Con Artist"

The video show Justin signing in American Sign Language.

"Mike Hubbs is really a con artist. Most of you may have saw his ugly vlog on Nyle. That is actually his true face. His mask just slipped from his face. However, I have clarify few things because of controversy. As a blogger for seven years, I have never backstabbed... ... but this vlog is very necessary. This vlog is based on truth, not rumors. I have witnessed those accounts with my own eyes. Unfortunately, I have been conned by him too. I need to warn the Deaf community about him."

Red Title: "I was his pastor..."

"I am qualified to make this vlog because ... ... I was his pastor for many years. I have ministered to him, in Christian terms, ... ... it mean teaching him the Bible, counseling him, etc. Since his Gallaudet years, marriage/divorce, speed-skating. We has been in touch on/off. I have known him for a long time. However, all of our conversations are confidential. I will not share them. However, I can share public information about him. I am telling the truth, not based on gossip."

Red title: "a money-making scheme..."

"Yes, he has conned people out of money. I call his 'speed-skating dream' a money-making scheme. He has gotten people excited about his dream. Unfortunately, I regret to inform you that it is a fraud. I was conned out of five hundred dollars. I was affected by Mark Wood's vlog. On impulse, I donated to Mike Hubbs right away. I regretted it and asked him to give me money back. He become so mad at me and blocked me on Facebook. I want to clarify that I am not making this vlog out of... ... anger or revenge. I have forgiven him and accepted that I have been conned. It is my fault for believing in his con. He have been spending money on good times and vacations. I have saw his vacation pictures on his Facebook. There is a gossip going on in the Deaf community... ... that he bought a new car with sponsorship money. Yes, this is true. I have seen his new car with my own eyes. This happened right after I donated $500. I have visited his Olympic training center in Milwaukee. To my surprise, the center was so small. I thought it was so large like a football stadium. It is not a 50,000 seating capacity. I went down to his training room where he stretched. There were few people in a small room. Then we went out together to eat at a restaurant. It was when I found out about his fancy car. I was shocked and asked him if it was a new car. He said yes."

Red title: "Not an Olympics skater..."

"He is an expert in generating excitement about his dream. The way he talk, it sound like he is very close to Olympics. That is how he successfully solicited for donations. He got so excited about his medals and improved times. Of course, I was profoundly affected by this. I did not know much about speed-skating. I decided to do a research on speed-skating. I want to give you a comparison. All of us know the NFL - National Football League. But have you heard of CFL-Canadian Football League? CFL is considered as a professional football. People say, that cannot be! Yes, it is true. So, we know there are different tiers of

"pro football." There are tier 1 and tier 2. Tier 1 is truly elite and Tier 2 is subpar. Who failed the NFL usually go and play in the CFL.

"This is similar with Mike Hubbs. The way he talk, he look like he is a Tier 1 skater. He is a Tier 2 skater. The Olympics and U.S. National Team is Tier 1. Mike is an expert at making himself look like a Tier 1 skater. One misunderstanding about the Olympics is... ... an open competition where anyone can compete. But the Olympics know only the elites has a chance. So, many will compete but will be eliminated. So, Mike make himself look like he is competing for ... ... when he is actually a Tier 2 skater. He has gotten us so excited about his "chance!" But seriously, he really has no chance for the Olympics. He did finally competed in an open competition. He finished last in his group. He was one minute behind the top Olympics skater. That is why he has no chance at all."

Another good example would be the track sprinter... ... competition. The Olympics may look very competitive. But what if you would put in a high school sprinter? It would look ridiculous. It won't look a competition. That is the difference between Tier 1 and Tier 2. That is what his money-making scheme has been successful. The Deaf community have gotten so excited about him! His Facebook has gotten so many 'likes.' His fraud has made him lots of money."

Red title: "Truth is coming out..."

"I want to clarify that people's stories are coming out. There are many victims of Mike Hubbs' scam. Mike have contacted many people via VP/Text/Emails. He is very aggressive in soliciting money. Many people are shocked at this solicitation. I encourage you to check out Facebook comments. Those testimonies are not "crab theory." They are truthful testimonies. The problem is... con artists usually get away with it. The victims are embarrassed and suffer in silence. If I have spoke up, people may accuse me of "crab theory." It is time for the truth to come out."

Red Title: "a bad reputation..."

"He has been moving from and to new targets. He has taken money and food from people. This need to stop. It is time to warn others and spread information. Mike Hubbs is a true con artist. Do not donate to him!!! He will spend your money recklessly. He will NOT go to the Olympics. No chance! Remember he is an expert con artist. Please share this warnings with the community. This is not a crab theory or backstabbing. I am a first-person witness. And a victim. I don't want this to happen to you or the community. He has exploited long enough..."

End title:

Please help protect the Deaf community.

SHARE!!!

So others won't be victims to his future cons.