# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **The Wizard Trades, et al** | ) |
| vs. | ) Civil Action No.  2:23-cv-00207-DBB-DAO  |
| **Lachase, et al**,. | ) |
| _____ | ) |

# EXHIBIT #2

*Michael Hubbs Is Hypocrite,* **Joshua "Joshie" Sullivan**
**Article**

https://www.joshiesworld.com/michael-hubbs-hypocrite/

**JoshiesWorld.com**
Observe Within' My World

Articles  Reviews  Shop  Contact  About  Donate

# Michael Hubbs Is Hypocrite

Joshua Sullivan  April 30, 2016

Even though this blog aims for a broad of people in general, meaning that this weblog is not a Deaf niche blog as from the beginning to this day I write articles for the people regardless if they are or not Deaf or Hard of Hearing and any other kinds as I produce for the people regardless what their background is. That is and always has been my readers base for over eight (8) years as I write about everything so it's not focused on just one niche or two as this blog is focused on all kinds of niches or what I call it "all-in-one" niche. With that being said, I am going to start this article about a gentleman or should I say not-so-gentlemen in this case who goes by the name Michael Hubbs and he is somewhat a well-known person considering that he has decent numbers of fans base or followers because on his social media such as Twitter he has over 56 thousand followers which are somewhat surprising, especially to me. Before I start writing the Deaf community's perceptive of him along with my opinion too, Michael Hubbs is known as a Deaf Speed Skater who has said that he will not allow any obstacles to get in the way of his dream to enter the 2018 Winter Olympics and he has entered the United States Olympics a few years ago but failed to make it to the list to compete against others. I am not an expert or even have much knowledge in any kind of Olympics but I do understand how it goes, in United States Olympics or any Olympics if you want to get in you must do some qualifying before you can get in it to compete against others and in that Michael Hubbs himself could not pass their qualification or in some sort of that progress to be qualified to enter the Olympics so I hope this clarifies a bit on what happens with Michael Hubbs.

In that Michael Hubbs was disqualified because he was the last person in the United States Olympics I believe so obviously if you are the last person in qualification then you're out. While I applaud him for his attempts to accomplish his goal to enter, however, he failed to do so sadly and he has the mindset to try for the 2018 Winter Olympics.

## Michael Hubbs Is hypocrite



Click To Enlarge

I am sure that if you are a fan of the United States Olympics and watched 2010-2014 qualifying then you know who Michael Hubbs is but I don't know about before that year or after a year from though so if you don't then that is understandable. Now onto the real thing here, as I have given you basic information on who Michael Hubbs is and what have gotten me to blog about him now is that this week he made a huge mistake to the point that he had ruined his reputation badly. Michael Hubbs have made a vlog on his Facebook page I believe, not his personal Facebook account but on his Facebook page where he pretty much showed the real colors of himself by flat-out degraded Nyle DiMarco and not only Nyle DiMarco himself but also the entire Deaf community too so that makes him a hypocrite more than anything. Keep this in mind that he is Deaf himself, now in his vlog, he has said such thing as that he can easily beat every single Deaf individual in the Deaflympics and have all the gold medals to himself so he said that Deaflympics is just a "not a thing". Not only that he also said that modeling is "not a thing" too, referring to the America Next Top Model cycle 22 winner Nyle DiMarco who happens to be Deaf too and that Michael Hubbs himself said dancing is "not a thing" too which refers to one of contestant in Dancing With the Stars which happens to be Nyle DiMarco from the America Next Top Model who won the cycle 22. So Michael Hubbs publicly degraded Nyle DiMarco who did these, winning America Next Top Model, now winning so far in Dancing With The Stars is to promote his foundation which is called Nyle DiMarco Foundation, and that foundation of his is to help all Deaf and Hard of Hearing children from toddlers to teenagers. So prizes, funds and among others that Nyle DiMarco himself did by winning America Next Top Model, winning so far at this moment in Dancing With The Stars is so he can get resources FOR the Deaf youth so he's doing all of these for the children instead of for himself, unlike Michael Hubbs.

Why did I say, unlike Michael Hubbs? Michael Hubbs convincingly conned several Deaf and Hard of Hearing individuals to donate money so that Michael Hubbs himself can buy himself a brand new car, clothes, fancy watches, and some gears for his speed skating. His givebacks to the Deaf community who made his wallet fat? Nothing. Wait you have donated to Michael Hubbs and you want them back? You are blocked on all of his social media accounts.

Now in that vlog of his, Michael Hubbs showed his true colors but not only just that it also showed how jealous he is of Nyle DiMarco's success enough to do more than degrade Nyle DiMarco and to top it off single-handedly degraded Deaf individuals who have the same dreams as Michael Hubbs, especially in Deaf Olympics. After Michael Hubbs showed that vlog on his Facebook page, that has angered the majority of the Deaf community and its allies to the point that it pressured Michael Hubbs to remove that video from his Facebook page. That did not help any though, because it's too late as everybody has seen it and in fact what Michael Hubbs himself did not realize is that there are many ways to copy his vlog as there are few people who already uploaded a copy of his vlog on social media. I thank some of these people who copied his vlog because then I can have something to back up this article and not only that to show everybody else so that if you are planning on donating any funds to him for his speed skating dream in the 2018 Winter Olympics – Don't.

There's an unimportant sentence in Michael Hubbs vlog saying that he feels that Gallaudet University did not congratulate him for "almost" making it into the United States Olympics a few years ago and that it's wrong of Gallaudet University to congratulate Nyle DiMarco for doing such thing for the Deaf children. Not exactly in his words about Gallaudet University being wrong to congratulate Nyle DiMarco for his help in Deaf youths but it looks as if he implied that way though. Bottom line Michael Hubbs is jealous of the spotlight on Nyle DiMarco from Gallaudet University, especially congratulating Nyle DiMarco for all of his accomplishments, his heroic for the youths in the Deaf community by giving back and Gallaudet University not congratulating Michael Hubbs for "almost" making it to the United States Olympics a few years ago while doing nothing for the Deaf community.

Several Deaf and Hard of Hearing individuals are calling him a con artist. Because Michael Hubbs is good at convincing several people including the Deaf community to donate his dream of entering the 2018 Winter Olympics and what everybody else does not realize is that these funds are NOT being

---

 128

### Recent Reviews | Highest Rated

Pizza Hut's Pepperoni Lover's Melt (3.5)

Peppi by Tudor's Biscuit World (3.5)

Wonder Woman 1984 (2.9)

Monster Energy Ultra Peachy Keen (4)

Proraso Shaving Cream (4.5)

### Subscribe JoshiesWorld

email address

Subscribe

### Links

JoshuaBSullivan.com

JoshiesPhotography.com

spent on the things that Michael Hubbs himself asked for such as his speed skating gears (skates, fees, training, etc) as there is one person who knows him very well personally said that he just saw that the funds that people donated him were spent on a fancy new vehicle for himself.

Here is Michael Hubbs vlog (in American Sign Language – I've already typed the important things he said in the vlog in this article).



Michael Hubbs's Video

And here's the vlog from someone who knows Michael Hubbs personally called him con artist where it says that the money he was donated was spent on a fancy vehicle and among others when it was supposed to be spent for his gears in speed skating, entry fees, hotel fees, training fees and anything else that has something to do with his way of getting in the 2018 winter Olympics. The vlog below (in American Sign Language with closed captions) is by Justin Vollmar who was Michael Hubbs's pastor before becoming an atheist.



Justin Vollmar's Video

Here is the picture of the fancy car that Justin Vollmar was talking about, the fancy vehicle that Michael Hubbs himself bought using the money that the Deaf community donated him for to help him to get in the 2018 winter Olympics as a speed skater and not for his personal things like this new vehicle he just bought for himself.



Click To Enlarge

The price of that Ferrari that Michael Hubbs paid for using the donation funds from the Deaf community could easily book a presidential suite at a hotel if he prefers fancy, for a few nights or as long as he is required for the winter Olympics, foods, speed skating gears and a very good cheaper vehicle such as Ford Focus which offer plentiful storage to stuff his speed skating gears and his packed clothes if he fancies a car instead of a thousand dollars something flight trip then another a thousand something flight back home and can still afford that Ford Focus. Unbelievable.

## Michael Hubbs Arrested

I am not sure if it's rumors or not as I am unsure how reliable the sources are, although there are more than one source who is saying the same thing so that might mean that it is true because usually if you have more than three or four sources that don't know each other says the same thing then that means they have a high chance of validating.

A few days after Michael Hubbs vlog, Michael Hubbs have been arrested for restraining/protection order violation and telephone harassment.

## Latest Updates

I have received info from someone who was in the group that Michael Hubbs himself was in or at least close enough to witness everything that was going on. I have screenshot a conversation but he/she asked to not share his/her name so I grant his/her wish on that. It is interesting information, especially coming from someone who was there around with Michael Hubbs.





Click To Enlarge

## My Opinion and Response

I never had anything against Michael Hubbs for several years ever since I heard of him, trying to be the first Deaf person to enter the Winter Olympics and nearly making it into United States Olympics but failed to do so though. Until a few years ago Michael Hubbs made that vlog, of course, that showed his true colors and that upsets me. Degraded Nyle DiMarco? Fine.. But going as far as degrading some Deaf people who have that same dream of yours that crossed the line, especially saying that you could easily "beat" every single Deaf contestant in the Deaflympics. You are Deaf Michael Hubbs yet you degrade your own people and even more, you insulted the Deaf people who have similar dreams that you have? Shame. However, I will admit that you do have a valid statement about Gallaudet University for not congratulating you on you almost making it into the United States Olympics but still if I were on the board of Gallaudet University I wouldn't congratulate you, especially after all the remarks you made in your vlog. You had the audacity to say that you owe the Deaf community nothing, what about these Deaf community who supported you by giving you donations? They deserve better than your remark of "I owe them nothing". For that, you do not deserve to be in any kind of Olympics including Deaflympics and heck even Special Olympics. I am embarrassed by the fact that you say that you are a part of the Deaf community especially after you practically insulted all of them.

By now your reputation is in the ruins, I am certain that you are going to have a harder time in getting some sponsors and donations from on now for your future. Because of your vlog? no, not that because you recently have been arrested for restraining order violation and telephone harassment. That is a double whammy for you and how is Karma tastes to you so far? I bet delicious. My advice is.. What? I am not going to give you a piece of advice as you don't deserve anything from me after what you have done to us all.

## Over To You

This is all for now and if you made vlogs about Michael Hubbs I would like for you to please leave your vlog links below in the comment so that way I and others can watch them! The more vlogs in response to Michael Hubbs vlog the better because that would be good evidence for anyone who thinks about sponsoring con artist Michael Hubbs in the future. If you would like to share your opinions about Michael Hubbs vlog or even Justin Vollmar's vlog then feel free to leave a comment below as I would love to hear them and maybe respond to them if I find some time to do so! For now, keep your distance from Michael Hubbs himself and use that money of yours for something better.

As for social media, you can type Michael Hubbs on social media like Facebook or Twitter and from there you can find a good number of people's reactions or responses to Michael Hubbs's vlog. If you would like me to add some of your vlogs about Michael Hubbs, feel free to message me on Twitter or JoshiesWorld Facebook page and the link to the JoshiesWorld Facebook page will be provided below here.

Joshua "Joshie" Sullivan.

Follow me on Twitter @JoshiesWorld or on other social media! Also be sure to subscribe here and you will be notified when there is a new article posted via your e-mail! Please help spreading the words about JoshiesWorld.com by sharing the website or every new articles to your social profiles such as Facebook, Twitter or Tumblr by using the social buttons at the top of the website or every articles.

Share this:



**Related**

Interested in becoming a blogger? Let me know!

Unfortunately I am out of the topics or stuff to blog about here, so this is just boring and a general post for some of you. I wasn't planning on to blog tonight but I had something on my mind tonight that I want to put it out here. This…

October 20, 2016

Congressman hires deaf interns!

There is deaf news where they give the news all around in the world for only deaf and hard of hearing to watch the video about the news they have up to date or read the update news they have. Today one of the news on deaf news has the…

November 4, 2013

People's Perception of Deaf People

I would like to remind many of you with a disclaimer for this that this is my view, my thought and my perception of what I see out of the people's perception on the Deaf people because every Deaf and Hard of Hearing have different experiences, therefore, they can share…

January 23, 2017

**Categories:** Advocacy and Activism   Articles   Deaf and Hard Of Hearing   News   Opinions   Sports

American Sign Language   Americas Next Top Model   ASL   Dancing With The Stars   Deaf   Deaf Community   Deaf Olympics   Gallaudet University   Hard of Hearing   Insults   Jealous   Justin Vollmar   Michael Hubbs   Nothing   Nyle DiMarco   Offensive   Olympics   Remarks   Speed Skating   United States Olympics   Winter Olympics

Previous Post                                                                                    Next Post
*Out of Words.*                                                              *Hillary Clinton in Williamson, Wv.*