# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

**The Wizard Trades, et al**           )

       vs.                                    ) Civil Action No.  2:23-cv-00207-DBB-DAO

**Lachase, et al**,.                        )

_____     )

# EXHIBIT #3

*Deaf Speedskater, Michael Hubbs, Criticized For Not Trying Out for 2018 Olympics*, Daily Moth
**Screenshot and original transcription**



**Deaf Speedskater, Michael Hubbs, Criticized For Not Trying Out For 2018 Olympics**
https://www.facebook.com/watch/?v=827659537435948

[Transcript] Recently there was controversy with Michael Hubbs, the Deaf man who had goals of being an Olympics speed skater, because he did not try out for the 2018 Olympics team, even though he had in recent years raised funds to support his dream.
He was called out by a Deaf man from Rochester, David Michalowski (a former figure skater), who said he was deceiving people.

I reached out to Hubbs. He said he had a qualifying time for the 500m Olympics trials, but he did not compete because knew he would not make the top 3, had a knee injury, and wanted to focus on his career.

He said his monthly funding was not enough to train at a high level with a coach — so he decided not to spend money to fly to the trials which was during the first week of January in Wisconsin.

He did announce this on his Facebook page at the end of December. But his posts earlier in 2017 showed goals of going to the Olympics and asked for donations.

Hubbs has not competed in a major race since March 2017, according to speedskatingresults.com.

Michalowski shared with me an email correspondence from a person who worked within the US Speedskating organization (under USOC) — Marlon Wohlrab.

Marlon confirmed Hubbs was qualified for the 500m and the Mass Start for the Olympic trials, but that he did not register to try out.

She explained that although he had a qualifying time, he was ranked 40th in the 500m and had no chance of making a World Cup, World Championship, or an Olympics Team this year.

She said it was her opinion that Hubbs' requests for donations seems very questionable and misleading.

Hubbs said he has explained everything to his donors and that he still believes he can make the 2022 Olympics, but only if he has enough funding.

For reference — Hubbs' personal record in the 500m is 38.64. The qualifying time requires a sub-39.0 time. The 2018 Olympics gold medalist was Norway's Havard L. with 34.41, an Olympics record.