Mindy Kidd (18032)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
mkidd@parsonsbehle.com

*Attorneys for Defendant Charlton Lachase*

---

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC, a Utah Limited Liability Company, and MICHAEL HUBBS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLTON LACHASE, an individual, ANDRA RUSH, an individual, and STEVEN DUHON, an individual, and BRIAN HERTNEKY, an individual,<br><br>Defendants. | **NOTICE OF LIMITED APPEARANCE OF COUNSEL MINDY KIDD**<br><br><br>Case No. 2:23-cv-00207 – DAO<br><br>Judge Daphne A. Oberg |

NOTICE IS HEREBY GIVEN to all parties that Mindy Kidd of the law firm of PARSONS

BEHLE & LATIMER hereby makes her limited appearance of counsel of record for Defendant

Charlton Lachase ("**Mr. Lachase**") in the above-captioned case, pursuant to DUCivR 83-1.3(b).

Furthermore, and pursuant to the orders of the Court,[1] Ms. Kidd's involvement in the case will be

---

[1] Docket No. 20, filed May 10, 2023, and Docket No. 37, filed May 31, 2023.

4894-9067-8379.v1

limited to the drafting and filing of an answer or motion to dismiss on Mr. Lachase's behalf. Mr.

Lachase will remain responsible for all other matters related to this case.

Please add Ms. Kidd to the service list and provide them of all hearings, actions, and other

matters-maintained hereafter in the above-entitled lawsuit at the following address:

Mindy Kidd
PARSONS BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
mkidd@parsonsbehle.com

Dated this 20th day of June 2023.

PARSON BEHLE & LATIMER

By: /s/ *Mindy Kidd*
Adam Bondy
Hannah J. Ector
Mindy Kidd
*Attorneys for Defendant Charlton Lachase*

By: /s/ *Charlton Lachase*
*with permission granted by email dated June 16, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2023, a true and correct copy of the foregoing

**NOTICE OF LIMITED ENTRY OF APPEARANCE OF COUNSEL MINDY KIDD** was

served via electronic service on the following:

Randall B. Bateman
BATEMAN IP
299 South Main Street, Suite 1300
Salt Lake City, UT 84111
rbb@batemanip.com
mail@batemanip.com

/s/ *Michelle Orton-Brown*
An employee of Parsons
Behle & Latimer

4894-9067-8379.v1