Adam Bondy (14423)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
abondy@parsonsbehle.com

*Attorneys for Defendant Charlton Lachase*

---

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC, a Utah Limited Liability Company, and MICHAEL HUBBS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLTON LACHASE, an individual, ANDRA RUSH, an individual, and STEVEN DUHON, an individual, and BRIAN HERTNEKY, an individual,<br><br>Defendants. | **NOTICE OF LIMITED APPEARANCE OF COUNSEL ADAM BONDY**<br><br><br>Case No. 2:23-cv-00207 – DAO<br><br>Judge Daphne A. Oberg |

NOTICE IS HEREBY GIVEN to all parties that Adam Bondy of the law firm of PARSONS BEHLE & LATIMER hereby makes his limited appearance of counsel of record for Defendant Charlton Lachase ("**Mr. Lachase**") in the above-captioned case, pursuant to DUCivR 83-1.3(b). Furthermore, and pursuant to the orders of the Court,[1] Mr. Bondy's involvement in the

---

[1] Docket No. 20, filed May 10, 2023, and Docket No. 37, filed May 31, 2023.

4888-9325-1434.v1

case will be limited to the drafting and filing of an answer or motion to dismiss on Mr. Lachase's behalf. Mr. Lachase will remain responsible for all other matters related to this case.

Please add Mr. Bondy to the service list and provide them of all hearings, actions, and other matters-maintained hereafter in the above-entitled lawsuit at the following address:

> Adam Bondy
> PARSONS BEHLE & LATIMER
> 201 S. Main Street, Suite 1800
> Salt Lake City, UT 84111
> abondy@parsonsbehle.com

Dated this 20th day of June 2023.

         PARSON BEHLE & LATIMER

         By: /s/ *Adam Bondy*
         Adam Bondy
         Hannah J. Ector
         Mindy Kidd
         *Attorneys for Defendant Charlton Lachase*

By: /s/ *Charlton Lachase*
*with permission granted by email dated June 16, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2023, a true and correct copy of the foregoing **NOTICE OF LIMITED ENTRY OF APPEARANCE OF COUNSEL ADAM BONDY** was served via electronic service on the following:

Randall B. Bateman
BATEMAN IP
299 South Main Street, Suite 1300
Salt Lake City, UT 84111
rbb@batemanip.com
mail@batemanip.com

/s/*Shelley Proctor*
An employee of Parsons
Behle & Latimer

4888-9325-1434.v1