FILED
2023 AUG 1
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **The Wizard Trades, et al** | ) |
| vs. | ) Civil Action No.  2:23-cv-00207-DBB-DAO |
| **Lachase, et al**,. | ) |
| _____ | ) |

### Motion for Extension of Time to File a Reply to Response to Motion to Dismiss and to File a Reply to Motion for Leave to Amend Complaint

Pro se litigant Andra Rush respectfully requests an extension of time to file a reply to Plaintiffs' response to her motion to dismiss and to respond to Plaintiffs' motion for leave to amend the first amended complaint.

The grounds for the motion are as follows:

1.	The complaint in this matter was filed on March 30, 2023 and amended on April 13, 2023. On July 31, 2023, Plaintiffs filed a motion for leave to amend the complaint and a response to Andra Rush's motion to dismiss.

2.	Between August 8 and 14, 2023, Andra Rush will be traveling out of state for business, which will prevent her from meeting the two filing deadlines.

3. Andra Rush has conferred with Plaintiffs and requested an extension of time until September 1, 2023, which the Plaintiffs did not object to.

THEREFORE, Andra Rush respectfully requests that this Court grant her motion for an extension of time to file a reply to Plaintiffs' response to her motion to dismiss and to respond to Plaintiffs' motion for leave to amend by September 1, 2023.

------------------------------------------------------------------

| | |
|---|---|
| Respectfully submitted this 1st of August | **/s/AndraRush**<br>PLAINTIFF, *pro se*<br>mrsandrarush@gmail.com<br>34 Carlitos Way,<br>St. Augustine, FL 32092 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st of August 2023, a true and correct copy of the above and foregoing document has been sent via email as an attached file in the form of a PDF to the clerk of the U.S. District Court for the District of Utah and to each of the following, except Steven Duhon whose mail was postmarked to:

| | | |
|---|---|---|
| Randall B. Bateman<br>BATEMAN IP<br>PO BOX 1319<br>Salt Lake City, UT 84110<br>rbb@batemanip.com | Charlton Lachase<br>7006 Citrus Park Blvd<br>Fort Pierce, FL 34951<br>chelachance2700@gmail.com | Steven Duhon<br>3801 W Spring Creek Pkwy<br>Plano, TX 75023 |
| Brian Hertneky<br>108 Chlemsford Dr.<br>Aurora, OH 44202<br>hertneky30@gmail.com | | **/s/AndraRush**<br>Defendant, *pro se* |