Adam Bondy, USB #14423
Hannah Ector, USB #17980
Mindy Kidd, USB #18032
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
abondy@parsonsbehle.com
hector@parsonsbehle.com
mkidd@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Defendant Charlton Lachase*
Limited Appearance

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC; and MICHAEL HUBBS,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLTON LACHASE, ANDRA RUSH, STEVEN DUHON, and BRIAN HERTNEKY,<br><br>Defendant. | **DECLARATION OF DEFENDANT CHARLTON LACHASE IN SUPPORT OF RULE 12(B)(2) MOTION TO DISMISS**<br><br>Case No. 2:23-cv-00207-DAO<br><br>Magistrate Judge Daphne A. Oberg |

I, Charlton Lachase, declare as follows:

1. I am over the age of 18.

2. I am competent to testify to the matters stated herein, and unless otherwise stated, I do so based on my personal knowledge.

3. I am one of the defendants in the above-captioned matter.

4. I reside in Fort Pierce, Florida.

5. When I purchased Plaintiff TWT's online instructional video course, I did not know Plaintiff TWT was based in Utah.

6. I did not know that TWT was a Utah company until this lawsuit was served upon me in my home state of Florida.

7. I did not know that Plaintiff Michael Hubbs was a resident of Utah until this lawsuit was served upon me.

8. I have never visited Utah, have never intentionally performed any act in Utah, and did not know or intend that any statements I made about Plaintiffs would be directed into Utah.

**I declare under criminal penalty under the law of Utah that the foregoing is true and correct to the best of my knowledge and ability.**

**Signed on this 18th day of August, 2023, at Fort Pierce, Florida.**

/s/ *Charlton Lachase* \*
**Charlton Lachase**

**\*Electronic signature added by counsel with express permission of declarant after review.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2023, I caused a true and correct copy of the foregoing **DECLARATION OF CHARLTON LACHASE IN SUPPORT OF RULE 12(B)(2) MOTION TO DISMISS** to be delivered by the method indicated below to the following:

| | |
|---|---|
| Randall B. Bateman<br>BATEMAN IP<br>299 S. Main St., Suite 1300<br>Salt Lake City, UT 84111<br>rbb@batemanip.com; mail@batemanip.com | ☒ E-file Notification<br>☐ USPS mail, first class postage prepaid<br>☐ Facsimile Transmission<br>☐ Email<br>☐ Overnight Mail |
| Andra Rush<br>34 Carlitos Way<br>St. Augustine, FL 32092<br>mrsandrarush@gmail.com | ☒ E-file Notification<br>☐ USPS mail, first class postage prepaid<br>☐ Facsimile Transmission<br>☒ Email<br>☐ Overnight Mail |
| Brian Hertneky<br>108 Chelmsford Dr.<br>Aurora, OH 44202<br>hertneky30@gmail.com | ☒ E-file Notification<br>☐ USPS mail, first class postage prepaid<br>☐ Facsimile Transmission<br>☒ Email<br>☐ Overnight Mail |
| Steven Duhon<br>3801 W. Spring Creek Pkwy, Apt. 2122<br>Plano, TX 75023 | ☐ E-file Notification<br>☒ USPS mail, first class postage prepaid<br>☐ Facsimile Transmission<br>☐ Email<br>☐ Overnight Mail |

*/s/ Kim Gillespie*
Parsons Behle & Latimer

4871-3813-3624.v2