THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE WIZARD TRADES, LLC; and MICHAEL HUBBS,<br><br>                Plaintiffs,<br><br>v.<br><br>CHARLTON LACHASE, ANDRA RUSH, STEVEN DUHON, and BRIAN HERTNEKY,<br><br>                Defendants. | **ORDER GRANTING [61] MOTION FOR EXTENSION OF DEADLINE FOR DEFENDANT'S REPLY MEMORANDUM SUPPORTING MOTION TO DISMISS**<br><br>Case No. 2:23-cv-00207-DBB-DAO<br><br>District Judge David Barlow |

Having considered Defendant Charlton Lachase's Stipulated Motion for Extension of Deadline for Defendant's Reply Memorandum Supporting Motion to Dismiss,[1] and for good cause appearing, the court **HEREBY GRANTS** the stipulated motion. The deadline for Defendant Lachase to file his Reply is extended to October 3, 2023.

Signed September 22, 2023.

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] ECF No. 61.