Adam Bondy, USB #14423
Hannah Ector, USB #17980
Mindy Kidd, USB #18032
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
abondy@parsonsbehle.com
hector@parsonsbehle.com
mkidd@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Defendant Charlton Lachase*
Limited Appearance

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC; and MICHAEL HUBBS,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLTON LACHASE, ANDRA RUSH, STEVEN DUHON, and BRIAN HERTNEKY,<br><br>Defendant. | **DEFENDANT CHARLTON LACHASE'S MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO DISMISS DEFENDANT CHARLTON LACHASE**<br><br>Case No. 2:23-cv-00207-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to DUCivR 7-1(a)(6), Defendant Charlton Lachase ("**Mr. Lachase**"), by and through undersigned counsel, respectfully moves this Court for leave to file an overlength Reply in Support of his Motion to Dismiss. Specifically, Traeger requests that the Court permit Traeger's Opposition to be up to 16 pages (excluding the face sheet, table of contents, table of authorities, signature block, certificate of service, and exhibits).

Good cause and exceptional circumstances warrant granting Traeger's request to file its overlength Reply. Plaintiffs' Opposition to Lachase's Motion to Dismiss responds to or disputes several of Lachase's Statements of Fact and also alleges ten (10) additional facts to which Lachase must respond. Lachase requires the additional pages to thoroughly respond to these disputes and additional facts as well as to address Plaintiffs' arguments. Accordingly, Lachase's request is supported by good cause and exceptional circumstances.

## CONCLUSION

For the foregoing reasons, Lachase respectfully requests that the Court grant the proposed order submitted herewith and permit Lachase to submit his overlength Reply.

DATED October 3, 2023.

/s/ *Hannah Ector*
Adam Bondy
Hannah Ector
Mindy Kidd
PARSONS BEHLE & LATIMER

Attorneys for Defendant Charlton Lachase

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2023, I caused a true and correct copy of the foregoing **MOTION TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO DISMISS DEFENDANT CHARLTON LACHASE** to be delivered by the method indicated below to the following:

Randall B. Bateman  
BATEMAN IP  
299 S. Main St., Suite 1300  
Salt Lake City, UT 84111  
rbb@batemanip.com; mail@batemanip.com

☒ E-file Notification  
☐ USPS mail, first class postage prepaid  
☐ Facsimile Transmission  
☐ Email  
☐ Overnight Mail

Andra Rush  
34 Carlitos Way  
St. Augustine, FL 32092  
mrsandrarush@gmail.com

☒ E-file Notification  
☐ USPS mail, first class postage prepaid  
☐ Facsimile Transmission  
☒ Email  
☐ Overnight Mail

Brian Hertneky  
108 Chelmsford Dr.  
Aurora, OH 44202  
hertneky30@gmail.com

☒ E-file Notification  
☐ USPS mail, first class postage prepaid  
☐ Facsimile Transmission  
☒ Email  
☐ Overnight Mail

Steven Duhon  
3801 W. Spring Creek Pkwy, Apt. 2122  
Plano, TX 75023

☐ E-file Notification  
☒ USPS mail, first class postage prepaid  
☐ Facsimile Transmission  
☐ Email  
☐ Overnight Mail

*/s/ Hannah Ector*  
Parsons Behle & Latimer

4866-9984-2948.v1