# EXHIBIT A

U.S. Copyright Public Records System



Home / Search / Detail Record View

| Keyword | Hubbs, Michael |  |

Advanced Search

Share 

# Detail Record View
## Registration record TX0009240449
Copyright Catalog

 Previous |  Next ▸

## STOCK MARKET AND CRYPTOCURRENCY COURSE.

Share     Actions  ⌄

| | |
|---|---|
| **Registration Number / Date** | TX0009240449 / 2023-03-28 |
| **Type of Work** | Text |
| **Title** | STOCK MARKET AND CRYPTOCURRENCY COURSE. |
| **Application Title** | STOCK MARKET AND CRYPTOCURRENCY COURSE. |
| **Date of Creation** | 2021 |

Case 2:23-cv-00307-DBB-DAO  Document 69-1  Filed 11/02/23  PageID.445  Page 3 of 5

| | |
|---|---|
| **Date of Publication** | 2022-03-20 |
| **Copyright Claimant** | Michael Hubbs, 1982- . Address: 5904 Cami Dawn Court, Kearns, UT, 84118, United States. |
| **Authorship on Application** | Michael Hubbs, 1982- ; Citizenship: United States. Authorship: text, artwork. |
| **Basis of Claim** | text, artwork. |
| **Rights and Permissions** | Randall B. Bateman, Bateman IP, P.O. Box 1319, Salt Lake City, UT, 84110, United States, (801) 533-0320, rbb@batemanip.com |
| **Pre-existing Material** | photograph(s), artwork. |
| **Description** | Electronic file (eService) |
| **Copyright Note** | C.O. correspondence. |
| **Nation of First Publication** | United States |
| **Names** | Hubbs, Michael 1982- |

◀ Previous    Next ▶

Menu

Home

Recent Records

Recent Searches

Name Directory

Help

## Resources

Request Copies

Get a Search Estimate

FAQs

## Contact

Contact Us

Feedback

## U.S. Copyright Office

101 Independence Ave S.E.

Washington, D.C. 20559-6000

(202) 707-3000 or

1 (877) 476-0788 (toll free)

**DISCLAIMER** The Copyright Public Records System (CPRS) pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright office | Library Of Congress | Congress.gov |
USA.gov | FOIA | Legal | Privacy Policy