# EXHIBIT B



# [Home](#) / [Search](#) / Detail Record View

| Keyword | Hubbs, Michael |

[Advanced Search](#)

Share 

# Detail Record View
## Registration record PA0002416465
Copyright Catalog

 

### THE WIZARD TRADES.

Share  Actions  

| | |
|---:|:---|
| **Registration Number / Date** | PA0002416465 / 2023-03-28 |
| **Type of Work** | Motion Pictures |
| **Title** | THE WIZARD TRADES. |
| **Application Title** | THE WIZARD TRADES. |
| **Date of Creation** | 2022 |
| **Date of Publication** | 2022-11-09 |

| | |
|---|---|
| **Copyright Claimant** | Michael Hubbs, 2000- . Address: 5904 Cami Dawn Court, Kearns, Utah, 84118, United States. |
| **Authorship on Application** | Michael Hubbs, 2000- ; Citizenship: United States. Authorship: entire motion picture. |
| **Basis of Claim** | production as a motion picture, Signing and audio. |
| **Rights and Permissions** | Randall B. Bateman, BATEMAN IP, 299 South 1300 East, Suite 1300, Salt Lake City, UT, 84111, United States, (801) 533-0320, rbb@batemanip.com |
| **Pre-existing Material** | preexisting photograph(s), Text and artwork. |
| **Description** | Electronic file (eService) |
| **Copyright Note** | C.O. correspondence. |
| **Nation of First Publication** | United States |
| **Names** | [Hubbs, Michael 2000-](#) |

[◀ Previous] [Next ▶]

Menu
Home
Recent Records
Recent Searches

Name Directory

Help

## Resources

Request Copies

Get a Search Estimate

FAQs

## Contact

Contact Us

Feedback

## U.S. Copyright Office

101 Independence Ave S.E.

Washington, D.C. 20559-6000

(202) 707-3000 or

1 (877) 476-0788 (toll free)

**DISCLAIMER** The Copyright Public Records System (CPRS) pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright office | Library Of Congress | Congress.gov |
USA.gov | FOIA | Legal | Privacy Policy