FILED
2023 NOV 14
CLERK
U.S. DISTRICT COURT

_____
Name

_____
Address

_____
Telephone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| _____ <br><br> Plaintiff, <br><br> vs. <br><br> _____ <br><br> _____ <br><br> Defendant(s). | MOTION to/for: _____ <br> _____ <br><br> Case No: <br><br> Judge: |

    I, _____, representing myself without a lawyer, move to/for _____ under the following statute(s)/rule(s) (if known) _____for the following reason(s): _____

_____

_____

_____

_____

DATED:_____.

_____
Signature

## CERTIFICATE OF SERVICE

I certify that on _____ a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to

at

_____
(Opposing party or counsel)

_____
(Address)

Dated: _____

_____
Signature