Randall B. Bateman (USB 6482)
BATEMAN IP
299 South Main Street, Suite1300
Salt Lake City, UT 84111
Tel: (801) 533-0320
Email: rbb@batemanip.com; mail@batemanip.com

*Attorneys for Plaintiffs The Wizard Trades, LLC and Michael Hubbs*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC, a Utah Limited Liability Company, and MICHAEL HUBBS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br><br>CHARLTON LACHASE, an individual, ANDRA RUSH, an individual, STEVEN DUHON, an individual, and BRIAN HERTNEKY, and individual,<br><br>Defendants. | **MOTION TO WITHDRAW OF RANDALL B. BATEMAN AND BATEMAN IP**<br><br><br><br>Case No. 2:23-cv-00207-DAO<br><br><br>District Judge David Barlow<br><br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to DUCivR 83-1.4, notice is hereby given to the Court, counsel and the parties

that Randall B. Bateman and Bateman IP hereby move this Court to withdraw as counsel for

Michael Hubbs and
The Wizard Trades, LLC
5904 Cami Dawn Court
Kearns, UT 84118

Defendants in the above-referenced matter.

The reasons for withdrawal are as follows: withdrawing counsel and Plaintiff have a

fundamental disagreement regarding litigation of the matter and the obligations Plaintiff and counsel to one another.

In the event that this Motion is granted, Plaintiff or new counsel for Plaintiff must file a notice of appearance within twenty-one (21) days after the entry of the order, unless otherwise ordered by the Court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership, limited liability company or other artificial entity may appear pro se but must be represented by any attorney who is admitted to practice in this Court. This Motion is made with the Plaintiff's written consent. The undersigned declares under penalty of Utah Code Section 78B-5-705 that everything stated in this document is true and correct.

## CERTIFICATION

Withdrawing counsel hereby certifies that a copy of this Motion to Withdrawal as Counsel has been sent to Plaintiff at the address indicated above.

Dated this 15th day of September 2023.

/s/ Randall B. Bateman
Randall B. Bateman

*Attorney for Plaintiff H&H Brands, Inc.*

Stipulated to:

_____  9/15/2023
Michael Hubbs                    Date

_____  9/15/2023
The Wizard Trades, LLC           Date
By Michael Hubbs
Manager/Managing Member

2