UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC; and MICHAEL HUBBS,<br><br>Plaintiffs,<br>v.<br><br>CHARLTON LACHASE; ANDRA RUSH; STEVEN DUHON; and BRIAN HERTNEKY,<br><br>Defendants. | **ORDER SETTING DEADLINE TO RESPOND TO MOTION TO WITHDRAW AS COUNSEL (DOC. NO. 74) AND STAYING DEADLINE TO FILE ANSWERS OR MOTIONS TO DISMISS**<br><br>Case No. 2:23-cv-00207<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Counsel for Plaintiffs The Wizard Trades, LLC and Michael Hubbs has filed a motion to withdraw as counsel.[1] Based on the filing of this motion, the court ORDERS as follows:

1. Any response or opposition to the motion to withdraw must be filed by December 1, 2023.

2. The deadline for Defendants to file answers or motions to dismiss Plaintiffs' Second Amended Complaint[2] is STAYED. This deadline will be reset after the court's ruling on the motion to withdraw and, if the motion to withdraw is granted, after any subsequent stay of the case.

DATED this 27th day of November, 2023.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 74.)

[2] (Doc. No. 69.)