Brian T Hertneky

Name

Address

Telephone

FILED
2023 NOV 27 AM 7:15
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

The Wizard Trades, and Michael Hubb

Plaintiff,

vs.

Brian T Hertneky

Defendant(s).

MOTION to/for: Dismiss

Case No: 2:23-cv-00207-DAO

Judge: Daphne A. Oberg

I, Brian Hertneky _____, representing myself without a lawyer, move to/for dismiss _____

under the following statute(s)/rule(s) (if known) _____ for the following reason(s): I didnt know Hubb's business and residence in Utah until i was served.

I didnt know the video was copyrighted until YouTube informed me it was a violation of copyright

and took it down. I didnt continue to infringe

I tried to inform the deaf community how to report Hubb to FTC, based on their bad

experience of Hubb taking advantage of them and taking their money.

The goal is to have the FTC to investigate Hubb, to see if he is a scammer in the deaf community

With the other three counts against me, this tortious inference does not apply to me.

I, Brian, didn't own or run a business.

_____

_____

_____

_____

_____

DATED: 01/24/2023 _____.

Brian T. Holmes

_____
Signature

CERTIFICATE OF SERVICE

    I certify that on _____ a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to

at

    (Opposing party or counsel)

_____
    (Address)

_____

_____

_____

Dated: _____

_____
Signature