FILED
2023 NOV 28 AM 9:49
CLERK
U.S. DISTRICT COURT

Name  Steven Duhon

Address

Telephone 337 255 7514

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

MOTION to/for:  Dismiss

Plaintiff, The Wizard Trades, and Michael Hubbs
2:23-cv-002027-DAO

vs.

Judge: Daphne A.Oberg

Defendant(s). Steven Duhon
Case No:

  I,Steven Duhon , representing myself without a lawyer, move to/for  DISMISS

under the following statute(s)/rule(s) (if known) for the  following reason(s):  I didnt know

Hubb's business and residence in Utah until i was served.

I tried to inform the deaf community how to report Hubb to FTC, based on their bad experience of Hubb taking advantage of them and taking their money.

The goal is to have the FTC to investigate Hubb, to see if he is a scammer in the deaf community.

With the other three counts against me, this tortious inference does not apply to me.

DATED:_. 11/28/23

                                                                Signature Steven Duhon

CERTIFICATE OF SERVICE

     I certify that on a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to

at

                                                                 (Opposing party or counsel)

                (Address)

Dated:

                                                                Signature