UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THE WIZARD TRADES, LLC; and MICHAEL HUBBS,<br><br>　　　　Plaintiffs,<br>v.<br><br>CHARLTON LACHASE; ANDRA RUSH; STEVEN DUHON; and BRIAN HERTNEKY,<br><br>　　　　Defendants. | **ORDER TO SHOW CAUSE**<br><br><br>Case No. 2:23-cv-00207<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

　　　　Plaintiffs The Wizard Trades, LLC and Michael Hubbs are ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute or comply with the court's order to file notices of appearance.[1] Plaintiffs' counsel withdrew on December 5, 2023, and the court ordered Plaintiffs to file notices of appearance by December 26, 2023.[2] The order warned Plaintiffs that a party who failed to file a notice of appearance could be subject to sanction pursuant to Rule 16(f)(1) of the Federal Rules of Civil Procedure, including dismissal.[3] The deadline to file notices of appearance has passed, and no notices have been filed.

　　　　Therefore, Plaintiffs are ORDERED to file a written response with the court showing cause why this action should not be dismissed for failure to prosecute or comply with the court's order. Plaintiffs' response to this order is due by **January 16, 2024**. Failure to file a response by this date may result in dismissal of this action.

---

[1] *See* Fed. R. Civ. P. 16(f)(1)(C); Fed. R. Civ. P. 41(b).

[2] (Order Granting Mot. to Withdraw as Counsel, Doc. No. 78.)

[3] (*Id.*)

## NOTICE TO PARTIES

The court will cause this order to be sent to Mr. Hubbs and The Wizard Trades, LLC at the address set forth in the motion to withdraw,[4] and to all other parties.

DATED this 2nd day of January, 2024.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[4] (Doc. No. 74.)