THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE WIZARD TRADES, LLC; and MICHAEL HUBBS,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLTON LACHASE, ANDRA RUSH, STEVEN DUHON, and BRIAN HERTNEKY,<br><br>Defendants. | **ORDER TO DISMISS ACTION**<br><br>Case No. 2:23-cv-00207-DBB<br><br>Judge David Barlow |

On December 5, 2023, Magistrate Judge Oberg granted Plaintiffs' counsel's motion to withdraw as counsel and ordered counsel for The Wizard Trades, LLC to appear by December 26, 2023.[1] The order also required Plaintiff Michael Hubbs to either file a notice of pro se appearance or have new counsel appear by December 26, 2023.[2] After Plaintiffs failed to comply with the order, Magistrate Judge Oberg entered an order to show cause on January 2, 2024.[3] The order required that the Plaintiffs file a written response explaining why this action should not be dismissed for failure to prosecute or comply with the court's order.[4] The deadline to file the response was set for January 16, 2024.[5] Plaintiffs have not responded as of February 1, 2024.

Therefore, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the court ORDERS that this action be dismissed for a failure to prosecute and for failure to comply with a court order. The court further ORDERS that the dismissal is without prejudice.

---

[1] ECF No. 78.
[2] *Id.*
[3] ECF No. 80.
[4] *Id.*
[5] *Id.*

Signed February 1, 2024.

BY THE COURT

_____
David Barlow
United States District Judge