THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE WIZARD TRADES, LLC; and MICHAEL HUBBS,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLTON LACHASE, ANDRA RUSH, STEVEN DUHON, and BRIAN HERTNEKY,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:23-cv-00207-DBB<br><br>Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

That Plaintiff's action is dismissed without prejudice for failure to prosecute and failure to comply with a court order. Each party shall bear its own costs and attorney fees.

Signed February 5, 2024.

BY THE COURT

_____
David Barlow
United States District Judge