Case: 2:23cv207

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 0 1 2024

GARY P. SERDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

Steven Duhon
3801 W SPRING CREEK PKWY APT 2122
PLANO, TX 75023

Court

use
le



quadient

FIRST-CLASS MAIL
IMI
$000.63
10/04/2023 ZIP 84101
043M31241847

US POSTAGE

NIXIE        750   DE 1           0003/25/24

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 84101190899     *0336-02327-04-41

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Message-Id: Subject:Activity in Case 2:23-cv-00207-DBB-DAO The Wizard Trades et al v. Lachase et al Motions No Longer Referred Content-Type: text/html

*This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.*

******NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.***

### US District Court Electronic Case Filing System

### District of Utah

## Notice of Electronic Filing

The following transaction was entered on 9/22/2023 at 8:49 AM MDT and filed on 9/22/2023

| | |
|---|---|
| *Case Name:* | The Wizard Trades et al v. Lachase et al |
| *Case Number:* | 2:23-cv-00207-DBB-DAO |
| *Filer:* | |
| *Document Number:* | 62(No document attached) |

*Docket Text:*
**Motion No Longer Referred: [61] Stipulated MOTION for Extension of Time to File Reply as to [55] *MOTION to Dismiss Party Charlton Lachase.* District Judge will decide. (cfm)**

**2:23-cv-00207-DBB-DAO Notice has been electronically mailed to:**

Randall B. Bateman    rbb@batemanip.com, mail@batemanip.com, nbladen@batemanip.com

Adam Bondy    abondy@parsonsbehle.com, ecf@parsonsbehle.com, sproctor@parsonsbehle.com

Hannah J. Ector    HEctor@parsonsbehle.com, kgillespie@parsonsbehle.com

Mindy Kidd    mkidd@parsonsbehle.com

Brian Hertneky    hertneky30@gmail.com

Andra Rush    mrsandrarush@gmail.com

**2:23-cv-00207-DBB-DAO Notice has been delivered by other means to:**

Steven Duhon
3801 W SPRING CREEK PKWY APT 2122
PLANO, TX 75023

1

MIME−Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Message−Id: Subject:Activity in Case 2:23−cv−DAO The Wizard Trades et al v. Lachase et al Order on Motion for Extension of Time to File Response/Reply Content−Type: text/html

*This is an automatic e−mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524−6100.*
***NOTE TO PUBLIC ACCESS USERS*** *Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.*

### *US District Court Electronic Case Filing System*

#### *District of Utah*

**Notice of Electronic Filing**

The following transaction was entered on 9/22/2023 at 9:06 AM MDT and filed on 9/22/2023

| | |
|---|---|
| *Case Name:* | The Wizard Trades et al v. Lachase et al |
| *Case Number:* | 2:23−cv−00207−DBB−DAO |
| *Filer:* | |
| *Document Number:* | 63 |
| *Docket Text:* | |

  **ORDER granting [61] Stipulated MOTION for Extension of Time to File Response/Reply as to [60] Memorandum in Opposition to Motion and [55] MOTION to Dismiss Party Charlton Lachase. The deadline for Defendant Lachase to file his Reply is extended to October 3, 2023. Signed by Judge David Barlow on 9/22/2023. (mh)**

**2:23−cv−00207−DBB−DAO Notice has been electronically mailed to:**

Randall B. Bateman    rbb@batemanip.com, mail@batemanip.com, nbladen@batemanip.com

Adam Bondy    abondy@parsonsbehle.com, ecf@parsonsbehle.com, sproctor@parsonsbehle.com

Hannah J. Ector    HEctor@parsonsbehle.com, kgillespie@parsonsbehle.com

Mindy Kidd    mkidd@parsonsbehle.com

Brian Hertneky    hertneky30@gmail.com

Andra Rush    mrsandrarush@gmail.com

**2:23−cv−00207−DBB−DAO Notice has been delivered by other means to:**

Steven Duhon
3801 W SPRING CREEK PKWY APT 2122