2:23-CV-207-DBB

Steven Duhon
3801 W SPRING CREEK PKWY APT 2122
PLANO, TX 75023

RECEIVED CLERK
APR 08 2024
U.S. DISTRICT COURT

**Orders on Motions**
2:23-cv-00207-DBB-DAO The Wizard Trades et al v. Lachase et al

JURY,LIMITED_APPEARANCE,LODGE_DOC,OPEN_MJ

## US District Court Electronic Case Filing System

### District of Utah

**Notice of Electronic Filing**

The following transaction was entered on 8/2/2023 at 11:35 AM MDT and filed on 8/2/2023
**Case Name:** The Wizard Trades et al v. Lachase et al
**Case Number:** 2:23-cv-00207-DBB-DAO
**Filer:**
**Document Number:** 54(No document attached)

**Docket Text:**
DOCKET TEXT ORDER granting [53] Motion for Extension of Time to File Reply as to [42] MOTION to Dismiss, and to File Response as to [50] Plaintiff's MOTION for Leave to File Second Amended Complaint. Ms. Rush's deadline to file a reply in support of her motion to dismiss is extended to September 1, 2023. Ms. Rush's deadline to file a response to Plaintiffs' motion for leave to amend is extended to September 1, 2023. Signed by Magistrate Judge Daphne A. Oberg on 8/2/2023. No attached document. (med)

**2:23-cv-00207-DBB-DAO Notice has been electronically mailed to:**

Randall B. Bateman    rbb@batemanip.com, mail@batemanip.com, nbladen@batemanip.com

Adam Bondy    abondy@parsonsbehle.com, ecf@parsonsbehle.com, sproctor@parsonsbehle.com

Hannah J. Ector    HEctor@parsonsbehle.com, kgillespie@parsonsbehle.com

Mindy Kidd    mkidd@parsonsbehle.com

Brian Hertneky    hertneky30@gmail.com

Andra Rush    mrsandrarush@gmail.com

**2:23-cv-00207-DBB-DAO Notice has been delivered by other means to:**

Steven Duhon
3801 W SPRING CREEK PKWY APT 2122
PLANO, TX 75023

United States District Court
District of Utah

Office of the Clerk
United States Courthouse
351 South West Temple
Salt Lake City, Utah
84101

Official Business



FIRST-CLASS MAIL
IMI
$001.59
08/02/2023 ZIP 84101
043M31241847

TO:

NIXIE        731    4E  1                 0103/24/24
         RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 84101190899              2067N084000-00150